**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States, | ) | |
|     *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 14 CR 50005 |
| Charles DeHaan, | ) ) | |
|     *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Defendant's motion to file his sentencing memorandum and objections to the presentence investigation report instanter [100] is granted. Government's response to be filed by noon on September 20, 2016.

Date: 9/15/2016                  ENTER:

                                                            _____
                                                            FREDERICK J. KAPALA
                                                            District Judge