UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 14 CR 50005 |
| | ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN | ) | |

**JOINT SUBMISSION ON CONDITIONS
OF SUPERVISED RELEASE**

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, and defendant CHARLES DEHAAN, by his attorney, DEBRA D. SCHAFER, respectfully submits the following concerning the imposition of conditions of supervised release.

**I.      Background**

On May 20, 2014, defendant was charged in a twenty-three court superseding indictment with health care fraud, in violation of 18 U.S.C. § 1347.   On May 20, 2016, defendant pleaded guilty to Counts Nine and Twenty-One.   Pursuant to 18 U.S.C. § 3583(a) and (b), this court "may include as a part of the sentence a requirement that the defendant be placed on a term of supervised release after imprisonment . . . ."   In this case, this court may order a term of supervised release of not more than three years per count of conviction.   *Id*.

With regard to the terms of supervised release identified on pages 38-44 of the Presentence Investigation Report, the government and defendant recommend the following:

**II.     Conditions**

<u>**Mandatory Conditions**</u>

      1.     No changes.

      2.     No changes.

      5.     No changes.

<u>**Discretionary Conditions**</u>

      4.     No changes.

      5.     No changes.

      6.     No changes.

      7.     No changes.

      8.     No changes.

      14.    The parties request that proposed Discretionary Condition No. 14 be modified as follows: "not knowingly leave the jurisdiction where defendant is being supervised . . . ." The proposed modification is stylistic and is aimed to clarify the requirements of this proposed condition by adding a knowledge component.

      15.    No changes.

      16.    The parties request that proposed Discretionary Condition No. 16 be modified as follows: "Defendant shall permit the probation officer to visit the defendant at home between the hours of 6:00am and 10:00pm or at work, upon prior notice to the defendant, and allow the probation officer to confiscate any contraband in plain view of the officer." The proposed modification is meant to clarify

"reasonable time" and warranted given the nature of the charge against defendant and defendant's prior criminal history.

      17.    No changes.

      18.    No changes.

      22.    No changes.

      23.    No changes.

**Special Conditions**

      5.    No changes.

      6.    No changes.

      7.    The parties request that proposed Special Condition No. 7 be modified to include after "court" and before "of" the following: "or probation officer" The proposed modification is stylistic and is aimed to clarify that defendant may notify his probation officer instead of having to notify the court.

      8.    No changes.

      9.    Defendant objects to Special Condition No. 9. Defendant objects because he has not been convicted of a sex offense and participation in a sex offender treatment program should not be required of defendant unless and until such time as he is convicted of such an offense. Further, of the sub-paragraphs, defendant objects to the use of a device that could be used for covert photography because it could prevent the defendant from using a cellular telephone, him primary means of communication. The government agrees that a prohibition of any device that could be used for covert photography is unnecessary as there has been no evidence that

3

defendant engaged in such conduct. The government, however, believes the other conditions in Special Condition No. 9 should be imposed.

    11.    No changes.

    13.    No changes.

    14.    No changes.

    15.    No changes.

### III. Bases for Imposing Proposed Discretionary and Special Conditions

The government and defendant agree that the proposed Discretionary and Special Conditions in the Special Report should be imposed, with the exceptions and modifications described above, for the following reasons:

- Proposed Discretionary Conditions Nos. 4, 5, 6, and 7 should be imposed because they will support defendant's rehabilitation and reintegration into the community and ensure that defendant is engaged in lawful pursuits, rather than criminal activity.

- Proposed Discretionary Condition No. 8 should be imposed because it will promote deterrence and protect the public.

- Proposed Discretionary Conditions Nos. 14 (modified) 15, 16 modified), 17, 18, 22, 23 and Special Conditions Nos. 5, 6, 7 (modified), 8, 11, 13, 14, and 15 should be imposed because they will facilitate supervision by the probation officer and, in doing so, encourage defendant to comply with the law and deter him from committing future crimes.

- The government believes Proposed Special Condition No. 9 (modified) should be imposed because it will protect the public.

4

For the foregoing reasons, the government and defendant respectfully requests that the court impose the conditions of supervised release identified on pages 38-44 of the Presentence Investigation Report, taking into consideration the recommendations identified above.

Respectfully submitted,

| | |
|---|---|
| ZACHARY FARDON | CHARLES DEHAAN |
| UNITED STATES ATTORNEY | DEFENDANT |
| By: */s/ Scott Paccagnini* | BY: */s/Debra D. Schafer* |
| Assistant United States Attorney | Attorney for Defendant |
| 327 South Church Street, Suite 3300 | 321 West State Street, Suite 700 |
| Rockford, IL 61101 | Rockford, IL 61101 |

## CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**JOINT SUBMISSION ON CONDITIONS OF SUPERVISED RELEASE**

was served on September 19, 2016, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ *Scott R. Paccagnini*
SCOTT R. PACCAGNINI
Assistant United States Attorney
327 South Church Street - Ste. 3300
Rockford, Illinois 61101
(815) 987-4444