# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Western Division

UNITED STATES OF AMERICA
                                Plaintiff,

v.                                              Case No.: 3:14–cr–50005
                                                Honorable Frederick J. Kapala

Charles Dehaan
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 21, 2016:

    MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan: Sentencing hearing held and continued to 10/12/2016 at 9:00 a.m. Mailed notice (sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.