UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Western Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                            Case No.: 3:14–cr–50005
                                                   Honorable Frederick J. Kapala

Charles Dehaan

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 12, 2016:

      MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan: Sentencing hearing held. Government's post–hearing brief due December 5, 2016. Defendant's post–hearing brief due December 30, 2016. Reply due January 6, 2017. Defendant's counsel to contact the court as to the method of presentation of any additional evidence. Mailed notice (sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.