UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14 CR 50005 |
| v. ) | |
| ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN ) | |

## AGREED SENTENCING EXHIBIT LIST

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, and defendant CHARLES DEHAAN, by his attorney, DEBRA D. SCHAFER, respectfully agree that the following sentencing exhibits should be admitted:

**Government's Exhibits**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1A  | 7B  | 11A | 16C | 24B | 29C | 40B | 81B |
| 2A  | 7C  | 11B | 16D | 24C | 31A | 40C | 81C |
| 2B  | 7D  | 12A | 19A | 25A | 31B | 40D | 81D |
| 2C  | 7E  | 12B | 19B | 25B | 31C | 42  | 94A |
| 3A  | 7F  | 12C | 20A | 25C | 31D | 43A | 94B |
| 3B  | 8A  | 13A | 20B | 26A | 31E | 43B | 94C |
| 3C  | 8B  | 13B | 20C | 26B | 32A | 43C | |
| 4A  | 8C  | 14A | 20D | 26C | 32B | 50  | |
| 5A  | 9A  | 14B | 21A | 26D | 32C | 51  | |
| 5B  | 9B  | 14C | 21B | 26E | 33A | 52  | |
| 5C  | 9C  | 14D | 21C | 26F | 34A | 53  | |
| 5D  | 9D  | 15A | 22A | 27A | 34B | 55  | |
| 6A  | 9E  | 15B | 22B | 27B | 34C | 56  | |
| 6B  | 9F  | 15C | 22C | 28A | 34D | 57  | |
| 6C  | 10A | 15D | 23A | 28B | 34E | 58  | |
| 6D  | 10B | 16A | 23B | 29A | 34F | 59  | |
| 7A  | 10C | 16B | 24A | 29B | 40A | 81A | |

1

**Defendant's Exhibits**

None


| | |
|---|---|
| ZACHARY FARDON | CHARLES DEHAAN |
| UNITED STATES ATTORNEY | DEFENDANT |
| By: */s/ Scott Paccagnini* | BY: */s/Debra D. Schafer* |
| Assistant United States Attorney | Attorney for Defendant |
| 327 South Church Street, Suite 3300 | 321 West State Street, Suite 700 |
| Rockford, IL 61101 | Rockford, IL 61101 |

## CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**AGREED SENTENCING EXHIBIT LIST**

was served on October 20, 2016, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ *Scott R. Paccagnini*
SCOTT R. PACCAGNINI
Assistant United States Attorney
327 South Church Street - Ste. 3300
Rockford, Illinois 61101
(815) 987-4444