UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14 CR 50005 |
| vs. | ) | |
| | ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN | ) | |

**UNITED STATES' AGREED MOTION FOR
LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES**

The UNITED STATES OF AMERICA, by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, hereby submits this agreed motion for leave to file a brief in excess of 15 pages.    In support of its motion, the United States states as follows:

1.    Defendant was charged with multiple counts of health care fraud.    Defendant pleaded guilty to two counts of health care fraud.

2.    On September 21, 2016 and October 12, 2016, the government presented evidence in support of various enhancements, including loss.    The evidence consisted of two full days of witness testimony and Medicare claims analysis.    At the close of the hearing, this Court ordered the parties to brief the contested issues.

3.    In order to adequately address the numerous issues and argue to this Court why it should find applicable certain enhancements, the United States requests leave to file its post-hearing brief in excess of 15 pages.

4.    Defendant's attorney has no objection to the motion.

1

WHEREFORE, the United States respectfully requests that this Court grant the United States' agreed motion to file its post-hearing brief in excess of 15 pages.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:    /s/ *Scott R. Paccagnini*
SCOTT R. PACCAGNINI
Assistant United States Attorney
327 South Church Street - Room 3300
Rockford, Illinois 61101
(815) 987-4444

2

## CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

### UNITED STATES' AGREED MOTION FOR
### LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES

was served on December 5, 2016, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


/s/ Scott R. Paccagnini
SCOTT R. PACCAGNINI
Assistant United States Attorney
327 South Church Street - Ste. 3300
Rockford, Illinois 61101
(815) 987-4444