# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2014-CR-50005 |
| ) | |
| CHARLES S. DEHAAN, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO ALLOW MOVEMENT

NOW COMES the defendant, CHARLES S. DEHAAN, by and through his attorneys, SREENAN & CAIN, P.C., DEBRA D. SCHAFER, and moves this Court to allow the defendant certain movement during the upcoming holidays. In support of this motion, the defendant states as follows:

1. The conditions of the defendant's release from custody are set forth in orders entered by this Court on January 28, 2014, and April 8, 2014.

2. One of those conditions is house arrest.

3. Since April 8, 2014, following his arrest in Cook County, the defendant has been required to get permission to travel to Michigan from this Court.

4. Since a GPS monitor ordered out of Cook County was removed on or about April 17, 2015, the defendant's local movement has been controlled by U.S. Pretrial Services and this Court.

5. The defendant is seeking permission to spend time from 11 a.m. to 9 p.m. at his in-laws' home in Rockford, Illinois, on December 25, 2016. The defendant's wife and 3rd party custodian, Mary DeHaan, will be present as well.

6. Upon information and belief, the government does not object to this motion and the defendant's pretrial officer indicated that the defendant is in compliance with his conditions of release and asks that if allowed, the defendant be required to provide relevant information, including his in-law's address, to pretrial.

WHEREFORE, the defendant, CHARLES S. DEHAAN, prays this Court enter an order allowing the defendant to spend from 11 a.m. to 9 p.m. Christmas day at his in-laws' home in Rockford, Illinois.

CHARLES S. DEHAAN, Defendant,

By:_____s/_____
DEBRA D. SCHAFER,
Attorney for the defendant

*Prepared by:*
DEBRA D. SCHAFER #6207650
dschafer@sreenan-cain.com
Sreenan & Cain, P.C.
321 West State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490

## CERTIFICATE OF FILING AND SERVICE

I, DEBRA D. SCHAFER, certify that on December 21, 2016, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), Defendant's Motion to Allow Movement was served pursuant to the District Court's ECF system as to ECF filers.



DEBRA D. SCHAFER