IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-CR-50005 |
| ) | |
| CHARLES S. DEHAAN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF
ON OR BEFORE FEBRUARY 6, 2017**

NOW COMES the Defendant, CHARLES S. DEHAAN, by and through his attorney, DEBRA D. SCHAFER, of Sreenan & Cain, P.C. and for his Motion for Leave to File Brief on or before February 6, 2017, states as follows:

1. The defendant has pleaded guilty to two (2) counts of Medicare fraud.

2. Following the first stage of the sentencing hearing and the preparation of the transcripts from the hearing, the Court ordered the parties to prepare a sentencing brief in support of its position.

3. Due to defense counsel's work schedule, the recent holidays and a recent surgery and recuperation, she has been unable to complete the sentencing brief.

4. Defense counsel will be back to work full time as of January 30th and expects to have the brief completed on or before February 6, 2017.

WHEREFORE, the defendant, CHARLES S. DEHAAN, prays that this court enter an order allowing him to file his sentencing brief on or before February 6, 2017.

Respectfully submitted:


By: /s/_____
    Debra D. Schafer
    Attorney for Defendant
    321 W. State Street, Suite 700
    Rockford, Illinois 61101
    (815) 962-5490

## CERTIFICATE OF FILING AND SERVICE

The undersigned attorney hereby certifies that the Defendant's Motion For Leave To File Brief On Or Before February 6, 2017, was served on January 27, 2017, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), pursuant to the District system as to ECF filers.

/s/
DEBRA D. SCHAFER
Attorney for Defendant
321 West State Street, Suite 700
Rockford, IL 61101
(815) 962-5490