# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 14 CR 50005 |
| | ) | |
| Charles Dehaan, | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Defendant's motion for leave to file [117] is granted. Defendant's post-hearing brief due February 6, 2017. Government's reply due February 13, 2017.

Date: 1/30/2017

ENTER:

_____
FREDERICK J. KAPALA

District Judge