IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-CR-50005 |
| ) | |
| CHARLES S. DEHAAN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF
INSTANTER AND IN EXCESS OF 15 PAGES**

NOW COMES the Defendant, CHARLES S. DEHAAN, by and through his attorney, DEBRA D. SCHAFER, of Sreenan & Cain, P.C. and for his Motion for Leave to File Brief Instanter and in excess of 15 pages, states as follows:

1. The defendant has pleaded guilty to two (2) counts of Medicare fraud.

2. Following the first stage of the sentencing hearing and the preparation of the transcripts from the hearing, the Court ordered the parties to prepare a sentencing brief in support of its position.

3. Defendant's brief is complete and is 22 pages in length although, due to a word processing error with page numbering that I am unable to fix, it will appear to be 24 pages.

4. The Government was granted leave to file its post-hearing brief in excess of 15 pages.

WHEREFORE, the defendant, CHARLES S. DEHAAN, prays that this court enter an order allowing him leave to file his sentencing brief instanter and for it to exceed 15 pages.

        Respectfully submitted:

By: /s/ _____
    Debra D. Schafer
    Attorney for Defendant
    321 W. State Street, Suite 700
    Rockford, Illinois 61101
    (815) 962-5490

## CERTIFICATE OF FILING AND SERVICE

The undersigned attorney hereby certifies that the Defendant's Motion For Leave To File Brief Intanter and for it to Exceed 15 pages, was served on February 7, 2017, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), pursuant to the District system as to ECF filers.

/s/_____
DEBRA D. SCHAFER
Attorney for Defendant
321 West State Street, Suite 700
Rockford, IL 61101
(815) 962-5490