UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  14 CR 50005 |
| | ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN | ) | |

**UNITED STATES' MOTION FOR REVOCATION OF RELEASE ORDER**

The UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, moves this court to revoke the order of release for defendant, CHARLES DEHAAN, and states:

1.Title 18, United States Code, Section 3148 provides, "[t]he judicial officer shall enter an order of revocation and detention if . . . the judicial officer finds there is probable cause to believe that the person has committed a Federal, State, or local crime while on release; or clear and convincing evidence that the person has violated any other condition of release . . . ."

2.Defendant was charged on January 24, 2014, in a criminal complaint with health care fraud, in violation of 18 U.S.C. § 1347. Judge Johnston placed defendant on bond with certain conditions, including home detention with location monitoring. Defendant was subsequently charged in an indictment and superseding indictment with numerous counts of health care fraud. Defendant's conditions of release did not change.

3.On May 20, 2016, defendant pleaded guilty to two-counts of health care fraud. Defendant was permitted to remain free pending sentencing with the same release conditions.

1

4.      While on bond, defendant has been, with the pretrial officer's permission, performing unpaid construction/maintenance work at his church.  Defendant is required to complete a time sheet log to document the dates and times defendant worked at the church.  The time sheet logs include a "verified by" column for someone to sign or initial verifying the dates and times defendant worked.  Defendant also personally signs each time sheet log.

5.      Between September 12, 2016 and February 25, 2017, defendant signed and submitted to the pretrial services officer time sheet logs allegedly initialed by the same individual church member.  On March 7, 2017, law enforcement agents interviewed the individual whose initials appear in the "verified by" column.  Law enforcement agents showed the individual the time sheets logs signed by defendant with date entries between September 12, 2016 and February 25, 2017.   The individual said he/she did not initial any of the entries in the "verified by" column on the time sheet logs.

6.      Based on the above, there is probable cause to believe that defendant made a false, fictitious or fraudulent representation to the pretrial services officer, in violation of 18 U.S.C. § 1001.  Additionally, there is clear and convincing evidence that defendant violated a condition of his release.

WHEREFORE, pursuant to 18 U.S.C. § 3148(b), the United States moves this court to revoke defendant's order of release.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney


By:/s/ *Scott R. Paccagnini*
    SCOTT R. PACCAGNINI
    Assistant United States Attorney
    327 South Church, Suite 3300
    Rockford, Illinois 61101
    (815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

I, SCOTT R. PACCAGNINI, certify that on March 8, 2017, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**UNITED STATES' MOTION FOR REVOCATION OF RELEASE ORDER**

was served pursuant to the district court's ECF system as to ECF filers, if any.

          **BY:**  /s/ *Scott R. Paccagnini*
                  SCOTT R. PACCAGNINI
                  Assistant United States Attorney
                  327 South Church Street, Suite 3300
                  Rockford, Illinois 61101
                  (815) 987-4444