UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14 CR 50005 |
| v. ) | |
| ) | Judge Frederick J. Kapala |
| CHARLES DEHAAN ) | |

## NOTICE OF MOTION

To: Debra Schafer
Sreenan & Cain
321 West State Street, Suite 700
Rockford, IL 61101

**PLEASE TAKE NOTICE** that on Thursday, March 9, 2017, at 9:30 a.m., at the opening of Court or as soon thereafter as counsel may be heard, I, or someone on my behalf, will appear before United States District Judge Frederick J. Kapala in the courtroom usually occupied by Judge Phillip G. Reinhard in the United States Courthouse, 327 South Church Street, Rockford, Illinois, or before such other judge as may be sitting in his place and stead, and then and there present: United States' Motion for Revocation of Release Order, at which time and place you may appear.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

BY:    s/ *Scott R. Paccagnini*
SCOTT R. PACCAGNINI
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444/ Fax (815) 987-4236

## CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on March 8, 2017, the following document:

NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers.

          s/ *Scott R. Paccagnini*
SCOTT R. PACCAGNINI
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444 / Fax (815) 987-4236