# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 14 CR 50005 |
| | ) | |
| Charles Dehaan, | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Any sentencing memorandum addressing the § 3553(a) factors to be filed by April 14, 2017, and any response to be filed by April 19, 2017.

Date: 4/7/2017                                ENTER:

_____
FREDERICK J. KAPALA

District Judge