IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-CR-50005 |
| | ) | |
| CHARLES S. DEHAAN, | ) | Judge Frederick J. Kapala |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Charles DeHaan, Defendant-Appellant in the above-named case, hereby appeals to the United States Court of Appeal for the 7th Circuit from the sentence imposed in this action on April 27, 2017, sentencing the defendant to a term of imprisonment of 108months (consecutive to any sentence on pending Illinois state cases) for two (2) counts of the offense of healthcare fraud in violation of 18 U.S.C. § 1347.

Respectfully submitted:

By: /s/ _____
Debra D. Schafer
Attorney for Defendant
321 W. State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490

## CERTIFICATE OF FILING AND SERVICE

     The undersigned attorney hereby certifies that the Notice of Appeal, was served on May 11, 2017, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), pursuant to the District system as to ECF filers.

/s/_____
DEBRA D. SCHAFER
Attorney for Defendant
321 West State Street, Suite 700
Rockford, IL 61101
(815) 962-5490