# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-CR-50005 |
| | ) | |
| CHARLES S. DEHAAN, | ) | Judge Frederick J. Kapala |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Charles DeHaan, Defendant-Appellant in the above-named case, hereby appeals to the United States Court of Appeal for the 7th Circuit from the sentence imposed in this action on April 27, 2017, sentencing the defendant to a term of imprisonment of 108months (consecutive to any sentence on pending Illinois state cases) for two (2) counts of the offense of healthcare fraud in violation of 18 U.S.C. § 1347.

Respectfully submitted:

By: /s/_____

Debra D. Schafer
Attorney for Defendant
321 W. State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490

## CERTIFICATE OF FILING AND SERVICE

The undersigned attorney hereby certifies that the Notice of Appeal, was served on May 11, 2017, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), pursuant to the District system as to ECF filers.

/s/ _____

DEBRA D. SCHAFER
Attorney for Defendant
321 West State Street, Suite 700
Rockford, IL 61101
(815) 962-5490

# UNITED STATES DISTRICT COURT
Northern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Charles DeHaan | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CRIMINAL CASE**

Case Number:      14 CR 50005-1

USM Number:      47056-424

Debra D. Schafer
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to count(s) 9 and 21 of the superseding indictment.
☐ pleaded nolo contendere to count(s)          which was accepted by the court.
☐ was found guilty on count(s)          after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1347 | Health Care Fraud | 1/24/2014 | 9s & 21s |

The defendant is sentenced as provided in pages 2 through 8 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ All remaining counts and the forfeiture allegation are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

4/27/2017
Date of Imposition of Judgment

Signature of Judge

Frederick J. Kapala, United States District Judge
Name and Title of Judge

5-11-17
Date

DEFENDANT:  CHARLES DEHAAN
CASE NUMBER:  14 CR 50005-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
108 Months on Counts 9 & 21 of the superseding indictment to be served concurrently with each other but consecutive to any state court sentences imposed as a result of the pending criminal offenses against the defendant in state court.

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at      on

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2:00 pm on

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CHARLES DEHAAN
CASE NUMBER: 14 CR 50005-1

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
3 Years on Counts 9 and 21 to be served concurrently.

You must report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**
- ☒ (1) you shall not commit another Federal, State, or local crime.
- ☒ (2) you shall not unlawfully possess a controlled substance.
- ☐ (3) you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence. [Use for a first conviction of a domestic violence crime, as defined in **§ 3561(b)**.]
- ☐ (4) you shall register and comply with all requirements of the Sex Offender Registration and Notification Act (**42 U.S.C. § 16913**).
- ☒ (5) you shall cooperate in the collection of a DNA sample if the collection of such a sample is required by law.
- ☐ (6) you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release. [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

## DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D):** and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a.**
The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**
- ☐ (1) you shall provide financial support to any dependents if financially able.
- ☐ (2) you shall make restitution to a victim of the offense under **§ 3556** (but not subject to the limitation of **§ 3663(a)** or **§ 3663A(c)(1)(A)**).
- ☐ (3) you shall give to the victims of the offense notice pursuant to the provisions of **§ 3555**, as follows:
- ☒ (4) you shall seek and work conscientiously at lawful employment or pursue conscientiously a course of study or vocational training that will equip you for employment.
- ☒ (5) you shall refrain from engaging in a specified occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in such a specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s)) particularly having any contact with elderly, disabled, or infirm individuals, aside from immediate family members.
- ☒ (6) you shall refrain from knowingly meeting or communicating with any person whom you know to be engaged, or planning to be engaged, in criminal activity and from:
  - ☒ visiting the following type of places: hospitals, medical facilities, facilities housing or treating elderly, disabled, or infirm individuals except for care necessary for the defendant, his wife, his children, or his grandchildren.
  - ☒ knowingly meeting or communicating with the following persons: any identified victims in this case.
- ☒ (7) you shall refrain from ☐ any or ☒ excessive use of alcohol (defined as ☒ having a blood alcohol concentration greater than 0.08; or ☐          ), or any use of a narcotic drug or other controlled substance, as defined in **§ 102** of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.
- ☒ (8) you shall refrain from possessing a firearm, destructive device, *or using any object as a dangerous weapon.*
- ☐ (9) ☐ you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.
  - ☐ you shall participate, at the direction of a probation officer, in a mental health treatment program, which may include the use of prescription medications.
  - ☐ you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify:          .)

DEFENDANT: CHARLES DEHAAN
CASE NUMBER: 14 CR 50005-1

☐ (10) (intermittent confinement): you shall remain in the custody of the Bureau of Prisons during nights, weekends, or other intervals of time, totaling _____ [no more than the lesser of one year or the term of imprisonment authorized for the offense], during the first year of the term of supervised release (provided, however, that a condition set forth in § 3563(b)(10) shall be imposed only for a violation of a condition of supervised release in accordance with § 3583(e)(2) and only when facilities are available) for the following period _____.

☐ (11) (community confinement): you shall reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of _____ months.

☐ (12) you shall work in community service for _____ hours as directed by a probation officer.

☐ (13) you shall reside in the following place or area: _____, or refrain from residing in a specified place or area: _____.

☒ **(14)** **you shall remain within the jurisdiction where you are being supervised and not knowingly leave the jurisdiction where you are being supervised, unless granted permission to leave by the court or a probation officer.**

☒ **(15)** you shall report to a probation officer as directed by the court or a probation officer.

☒ **(16)** **you shall permit the probation officer to visit you at home between the hours of 6:00am and 10:00pm or at work, upon prior notice to you, and allow the probation officer to confiscate any contraband in plain view of the officer.**

☒ (17) you shall notify a probation officer promptly, within 72 hours, of any change in residence, employer, or workplace and, absent constitutional or other legal privilege, answer inquiries by a probation officer.

☒ (18) you shall notify a probation officer promptly, within 72 hours, if arrested or questioned by a law enforcement officer.

☐ (19) (home confinement): you shall remain at your place of residence for a total of _____ months during nonworking hours. [This condition may be imposed only as an alternative to incarceration.]

    ☐ Compliance with this condition shall be monitored by telephonic or electronic signaling devices (the selection of which shall be determined by a probation officer). Electronic monitoring shall ordinarily be used in connection with home detention as it provides continuous monitoring of your whereabouts. Voice identification may be used in lieu of electronic monitoring to monitor home confinement and provides for random monitoring of your whereabouts. If the offender is unable to wear an electronic monitoring device due to health or medical reasons, it is recommended that home confinement with voice identification be ordered, which will provide for random checks on your whereabouts. Home detention with electronic monitoring or voice identification is not deemed appropriate and cannot be effectively administered in cases in which the offender has no bona fide residence, has a history of violent behavior, serious mental health problems, or substance abuse; has pending criminal charges elsewhere; requires frequent travel inside or outside the district; or is required to work more than 60 hours per week.

    ☐ You shall pay the cost of electronic monitoring or voice identification at the daily contractual rate, if you are financially able to do so.

    ☐ The Court waives the electronic/monitoring component of this condition.

☐ (20) you shall comply with the terms of any court order or order of an administrative process pursuant to the law of a State, the District of Columbia, or any other possession or territory of the United States, requiring payments by you for the support and maintenance of a child or of a child and the parent with whom the child is living.

☐ (21) (deportation): you shall be surrendered to a duly authorized official of the Homeland Security Department for a determination on the issue of deportability by the appropriate authority in accordance with the laws under the Immigration and Nationality Act and the established implementing regulations. If ordered deported, you shall not reenter the United States without obtaining, in advance, the express written consent of the Attorney General or the Secretary of the Department of Homeland Security.

☐ (22) you shall satisfy such other special conditions as ordered below.

☒ **(23)** **(if required to register under the Sex Offender Registration and Notification Act) you shall submit at any time, with or without a warrant, to a search of your person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects, by any law enforcement or probation officer having reasonable suspicion concerning a violation of the Sex Offender Registration and Notification Act or a violation of any of the terms of probation or parole that would be imposed in the state courts or unlawful conduct by you, and by any probation officer in the lawful discharge of the officer's supervision functions (see special conditions section).**

☐ (24) Other:

## SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)

The court imposes those conditions identified by checkmarks below:

**During the term of supervised release:**

☐ (1) if you have not obtained a high school diploma or equivalent, you shall participate in a General Educational Development (GED) preparation course and seek to obtain a GED within the first year of supervision.

☐ (2) you shall participate in an approved job skill-training program at the direction of a probation officer within the first 60

Case: 3:14-cr-50005 Document #: 145 Filed: 05/12/17 Page 7 of 31 PageID #:855

DEFENDANT:  CHARLES DEHAAN
CASE NUMBER:  14 CR 50005-1

days of placement on supervision.

☐ (3) you shall, if unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least 20 hours of community service per week at the direction of the U.S. Probation Office until gainfully employed. The amount of community service shall not exceed [blank] hours.

☐ (4) you shall not maintain employment where you have access to other individual's personal information, including, but not limited to, Social Security numbers and credit card numbers (or money) unless approved by a probation officer.

☒ (5) you shall not incur new credit charges or open additional lines of credit without the approval of a probation officer unless you are in compliance with the financial obligations imposed by this judgment.

☒ (6) you shall provide a probation officer with access to any requested financial information necessary to monitor compliance with conditions of supervised release.

☒ **(7) you shall notify the court or probation officer of any material change in your economic circumstances that might affect your ability to pay restitution and special assessments.**

☒ (8) you shall provide documentation to the IRS and pay taxes as required by law.

☐ (9) you shall participate in a sex offender treatment program.  The specific program and provider will be determined by a probation officer. You shall comply with all recommended treatment which may include psychological and physiological testing. You shall maintain use of all prescribed medications.

    ☐ You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office.  You shall consent to the installation of computer monitoring software on all identified computers to which you have access.  The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations.  A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

    ☐ The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

    ☐ You shall not possess or use any device with access to any online computer service at any location (including place of employment) without the prior approval of a probation officer.  This includes any Internet service provider, bulletin board system, or any other public or private network or email system.

    ☐ You shall not possess any device that could be used for covert photography without the prior approval of a probation officer.

    ☐ You shall not view or possess child pornography. If the treatment provider determines that exposure to other sexually stimulating material may be detrimental to the treatment process, or that additional conditions are likely to assist the treatment process, such proposed conditions shall be promptly presented to the court, for a determination, pursuant to **18 U.S.C. § 3583(e)(2),** regarding whether to enlarge or otherwise modify the conditions of supervision to include conditions consistent with the recommendations of the treatment provider.

    ☐ You shall not, without the approval of a probation officer and treatment provider, engage in activities that will put you in unsupervised private contact with any person under the age of 18, or visit locations where children regularly congregate (*e.g.*, locations specified in the Sex Offender Registration and Notification Act.)

    ☐ This condition does not apply to your family members: [blank] [Names]

    ☐ Your employment shall be restricted to the district and division where you  reside or are supervised, unless approval is granted by a probation officer.  Prior to accepting any form of employment you shall seek the approval of a probation officer, in order to allow the probation officer the opportunity to assess the level of risk to the community you will pose if employed in a particular capacity.  You shall not participate in any volunteer activity that may cause you to come into direct contact with children except under circumstances approved in advance by a probation officer and treatment provider.

    ☐ You shall provide the probation officer with copies of your telephone bills, all credit card statements/receipts, and any other financial information requested.

    ☐ You shall comply with all state and local laws pertaining to convicted sex offenders, including such laws that impose restrictions beyond those set forth in this order.

☐ (10) you shall pay any financial penalty that is imposed by this judgment that remains unpaid at the commencement of the term of supervised release.  Your monthly payment schedule shall be an amount that is at least $ [blank] or [blank] % of your net monthly income, defined as income net of reasonable expenses for basic necessities such as food, shelter, utilities, insurance, and employment-related expenses.

☒ (11) you shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court.

☐ (12) you shall repay the United States "buy money" in the amount of $ [blank] which you received during the commission of this offense.

☐ (13) if the probation officer determines that you pose a risk to another person (including an organization or members of the community), the probation officer may require you to tell the person about the risk, and you must comply with that

DEFENDANT: CHARLES DEHAAN
CASE NUMBER: 14 CR 50005-1

instruction. Such notification could include advising the person about your record of arrests and convictions and substance use. The probation officer may contact the person and confirm that you have told the person about the risk.

☒ **(14)** **you shall pay any special assessment and restitution balance to the clerk of the court at a rate of not less than ten percent of your gross earnings minus federal and state income tax withholdings until the criminal monetary penalties have been paid in full.**

DEFENDANT: CHARLES DEHAAN
CASE NUMBER: 14 CR 50005-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals** | $200.00 | $ | $2,787,054.58 |

☐ The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Medicare Trust Fund | $2,787,054.58 | $2,787,054.58 | |
| C-O CMS Office Financial Management | | | |
| Division of Accounting Operations | | | |
| 7500 Security Boulevard | | | |
| Baltimore, MD 21244 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | $2,787,054.58 | $2,787,054.58 | |

☐   Restitution amount ordered pursuant to plea agreement $ ____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f).** All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g).**

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐   the interest requirement is waived for the ____ .

    ☐   the interest requirement for the ____ is modified as follows:

☐   The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: CHARLES DEHAAN
CASE NUMBER: 14 CR 50005-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $      due immediately.

    ☐ balance due not later than      , or

    ☐ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal      *(e.g. weekly, monthly, quarterly)* installments of $      over a period of      *(e.g., months or years)*, to commence      *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal      *(e.g. weekly, monthly, quarterly)* installments of $      over a period of      *(e.g., months or years)*, to commence      *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within      *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee, if<br>Appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

APPEAL,JOHNSTON,PROTO

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1.2 (Rockford)
## CRIMINAL DOCKET FOR CASE #: 3:14-cr-50005-1
## Internal Use Only

Case title: USA v. Dehaan

Date Filed: 05/20/2014
Date Terminated: 05/11/2017

Assigned to: Honorable Frederick J. Kapala
Referred to: Honorable Iain D. Johnston

**Defendant (1)**

| | |
|---|---|
| **Charles Dehaan**<br>*TERMINATED: 05/11/2017* | represented by **Debra D. Schafer**<br>Sreenan & Cain, P.C.<br>321 West State Street<br>Suite 700<br>Rockford, IL 61101<br>(815) 962-5490<br>Email: mail@sreenan-cain.com<br>*TERMINATED: 05/11/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Christopher A. DeRango**<br>Sreenan & Cain, P.C.<br>321 West State Street<br>Suite 700<br>Rockford, IL 61101<br>(815) 962-5490<br>Email: cderango@sreenan-cain.com<br>*TERMINATED: 05/11/2017*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Daniel J. Cain**<br>Sreenan & Cain, P.C.<br>321 West State Street<br>Suite 700<br>Rockford, IL 61101<br>(815) 962-5490 |

Email: rprentice@sreenan-cain.com
*TERMINATED: 05/11/2017*
*ATTORNEY TO BE NOTICED*

**Patrick Michael Moore**
Sreenan & Cain, P.C.
321 West State Street
Suite 700
Rockford, IL 61101
(815)962-5490
Email: mail@sreenan-cain.com
*TERMINATED: 05/11/2017*
*ATTORNEY TO BE NOTICED*

**Tamika Renae Walker**
Sreenan & Cain PC
321 W. State Street
Ste 700
Rockford, IL 61101
815 962 5490
Email: mail@sreenan-cain.com
*TERMINATED: 05/11/2017*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
| --- | --- |
| | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 108 Months on Counts 9s & 21s of the superseding indictment to be served concurrently with each other but consecutive to any state court sentences imposed as a result of the pending criminal offenses against the defendant in state court. The defendant is remanded to the custody of the United States Marshal. |
| HEALTH CARE FRAUD (9s) | Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years on Counts 9s & 21s to be served concurrently. Mandatory, Discretionary, and Special Conditions of supervised release. Criminal Monetary Penalties. The defendant must make restitution in the amount of $2,787,051.58. Schedule of Payments. |

| | |
|---|---|
| HEALTH CARE FRAUD<br>(21s) | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 108 Months on Counts 9s & 21s of the superseding indictment to be served concurrently with each other but consecutive to any state court sentences imposed as a result of the pending criminal offenses against the defendant in state court. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years on Counts 9s & 21s to be served concurrently. Mandatory, Discretionary, and Special Conditions of supervised release. Criminal Monetary Penalties. The defendant must make restitution in the amount of $2,787,051.58. Schedule of Payments. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| HEALTH CARE FRAUD<br>(1-9) | |
| HEALTH CARE FRAUD<br>(1s-8s) | |
| HEALTH CARE FRAUD<br>(10s-20s) | |
| HEALTH CARE FRAUD<br>(22s-23s) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:1347.F | |

---

**Plaintiff**

**USA**                                represented by   **Scott Robert Paccagnini**
United States Attorney's Office (Rockford)
327 South Church Street
Rockford, IL 61101
(815) 987-4444
Email: scott.paccagnini2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Rockford**
United States Attorney's Office (Rockford)
327 South Church Street
Rockford, IL 61101
(815) 987-4444
Email: usailn.ecfrockford@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**MARS**
U.S. Marshal
327 South Church Street
Rockford, IL 61101
815-987-4259
Email: ILN-Rockford.Docket@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Prisoner Correspondence*

**PRO**
PROBATION OFFICE
327 South Church Street
Rockford, Il 61101
987-4362
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**PTS**
Pretrial Services
327 South Church Street
Rockford, IL 61101
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Talia M. Bucci**

U.S. Attorney's Office
Northern District of Illinois
327 South Church Street
Suite 3300
Rockford, IL 61101
(815) 987-4451
Email: talia.bucci@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2014 | 1 | COMPLAINT signed by Honorable Iain D. Johnston as to Charles DeHaan (1). (jp, ) (Entered: 01/27/2014) |
| 01/24/2014 | 🔒🔒 2 | ARREST WARRANT issued to U.S. Marshal as to Charles DeHaan. (jp, ) (Entered: 01/27/2014) |
| 01/24/2014 | | ARREST of defendant Charles DeHaan. (jp, ) (Entered: 01/27/2014) |
| 01/25/2014 | 3 | MINUTE entry before the Honorable Iain D. Johnston: Initial appearance held on 1/25/2014. Defendant appears in response to arrest. Debra Schafer appears as counsel. Defendant informed of his rights and does not waive preliminary hearing. Defendant remanded to custody. Detention Hearing set for 1/28/2014 at 2:30 PM. (yxp, ) (Entered: 01/27/2014) |
| 01/28/2014 | 4 | PRETRIAL Bail Report as to Charles DeHaan (SEALED) (Fegre, Traci) (Entered: 01/28/2014) |
| 01/28/2014 | 5 | ATTORNEY Appearance for defendant Charles DeHaan by Debra D. Schafer (Schafer, Debra) (Entered: 01/28/2014) |
| 01/28/2014 | 6 | ATTORNEY Appearance for defendant Charles DeHaan by Christopher A. DeRango (DeRango, Christopher) (Entered: 01/28/2014) |
| 01/28/2014 | 7 | ATTORNEY Appearance for defendant Charles DeHaan by Tamika Renae Walker (Walker, Tamika) (Entered: 01/28/2014) |
| 01/28/2014 | 8 | ATTORNEY Appearance for defendant Charles Dehaan by Patrick Michael Moore (Moore, Patrick)[Document is for Daniel Cain] Modified on 1/29/2014 (pg, ). (Entered: 01/28/2014) |
| 01/28/2014 | 9 | ATTORNEY Appearance for defendant Charles Dehaan by Daniel J. Cain (Cain, Daniel)[document is for Patrick Moore] Modified on 1/29/2014 (pg, ). (Entered: 01/28/2014) |
| 01/28/2014 | 10 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Detention hearing held on 1/28/2014. Enter order setting conditions of release. Status and preliminary hearing set for 2/12/2014 at 10:00 AM. (yxp, ) (Entered: 01/29/2014) |
| 01/28/2014 | 🔒 11 | ORDER Setting Conditions of Release as to Charles Dehaan in amount of $ 4500, Own Recognizance Signed by the Honorable Iain D. Johnston on |

| | | | |
|---|---|---|---|
| | | | 1/28/2014. (yxp, ) (Entered: 01/29/2014) |
| 01/28/2014 | 🔒 | 12 | Unsecured/Own Recognizance Bond as to Charles Dehaan in the amount of $ 4500, (yxp, ) (Entered: 01/29/2014) |
| 02/03/2014 | 🔒 | 13 | Arrest WARRANT returned executed as to Charles Dehaan on 1/24/2014 (yxp, ) (Entered: 02/07/2014) |
| 02/11/2014 | | 14 | INDICTMENT as to Charles Dehaan (1) count(s) 1-9. Forfeiture Allegation. (ngm, ) (Entered: 02/11/2014) |
| 02/11/2014 | 🔒 | 15 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Charles Dehaan (ngm, ) (Entered: 02/11/2014) |
| 02/11/2014 | | 16 | DESIGNATION Sheet: FELONY (Category 3). (ngm, ) (Entered: 02/11/2014) |
| 02/11/2014 | | 17 | MINUTE entry before the Honorable P. Michael Mahoney as to Charles Dehaan: The Grand Jury for the March 2013 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Honorable P. Michael Mahoney. Arraignment set for 2/12/2014 at 10:00 AM before Honorable Iain Johnston. Mailed notice (ngm, ) (Entered: 02/11/2014) |
| 02/11/2014 | 🔒 | | (Court only) Terminate Preliminary Hearing as to Charles Dehaan: (yxp, ) (Entered: 02/11/2014) |
| 02/12/2014 | | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) as to Charles Dehaan. (yxp, ) (Entered: 02/12/2014) |
| 02/12/2014 | | 18 | MINUTE entry before the Honorable Iain D. Johnston: Arraignment and status hearing held on 2/12/2014. Defendant waives formal reading of indictment and enters a plea of not guilty as to all counts. Defendant informed of his rights. Defendant to remain on bond with conditions as set on 1/28/2014. Enter agreed protective order. Government's oral motion to exclude time from 2/12/2014 to 4/3/2014 is granted as to Charles Dehaan (1). Status hearing set for 4/3/2014 at 11:00 AM. (X-T) (yxp, ) (Entered: 02/12/2014) |
| 02/12/2014 | | 19 | Agreed PROTECTIVE Order as to Charles Dehaan. Signed by the Honorable Iain D. Johnston on 2/12/2014. (yxp, ) (Entered: 02/12/2014) |
| 03/25/2014 | | 20 | PRETRIAL Status Report as to Charles Dehaan (SEALED) (Fegre, Traci) (Entered: 03/25/2014) |
| 04/01/2014 | | 21 | MOTION by USA to amend/correct as to Charles Dehaan order setting conditions of release 11 (Paccagnini, Scott) (Entered: 04/01/2014) |
| 04/01/2014 | | 22 | NOTICE of Motion by Scott Robert Paccagnini for presentment of motion to amend/correct 21 before Honorable Iain D. Johnston on 4/3/2014 at 11:00 AM. (Paccagnini, Scott) (Entered: 04/01/2014) |
| 04/03/2014 | | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 04/04/2014) |
| 04/03/2014 | | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) as to Charles Dehaan. (yxp, ) (Entered: 04/04/2014) |

| 04/03/2014 | 23 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status and motion hearing held on 4/3/2014. Mike Love appears on behalf of Scott Paccagnini for Government. Government's motion to amend conditions of pretrial release is granted in part with conditions modified as follows: Defendant is not to have any contact with J.A.S. Defendant is to participate in mental health treatment as directed by Pretrial Services. At the hearing, the Court was notified that the defendant is under home detention with electronic monitoring by the Circuit Court of Cook County. Defendant to notify Pretrial Services within 24 hours if that electronic monitoring and home detention ends. Upon notification to Pretrial Services of that event, defendant will be under home detention and electronic monitoring by this Court. Defendant is to be supervised in the presence of minors 18 and younger and elders 65 and older. Defendant is also to be supervised in the presence of a person suffering from a mental disability as defined in the Social Security Act. Defendant's oral motion for extension of time is granted. Government's oral motion to exclude time from 4/3/2014 to 5/8/2014 is granted. Status hearing set for 5/8/2014 at 11:00 AM. (X-T) (yxp, ) (Entered: 04/04/2014) |
| --- | --- | --- |
| 04/22/2014 | 24 | NOTICE of Motion by Debra D. Schafer for presentment of before Honorable Iain D. Johnston on 4/24/2014 at 11:00 AM. (Schafer, Debra) Modified on 4/23/2014 (pg, ).[refile and link to motion] (Entered: 04/22/2014) |
| 04/22/2014 | 25 | MOTION by Charles Dehaan to leave the jurisdiction (Schafer, Debra) (Entered: 04/22/2014) |
| 04/22/2014 | 26 | MINUTE entry before the Honorable Iain D. Johnston: Defendant's motion to modify the conditions of his release 25 is granted. Mr. Dehaan shall be allowed to travel to Michigan with his wife, Mary Dehaan, to visit his mother from April 25, 2014 through April 27, 2014. All other conditions remain unchanged. Presentment of the motion set for 4/24/2014 at 11:00 AM is stricken and no appearances are needed on that date. Status hearing remains set for 5/8/2014 at 11:00AM. (yxp, ) (Entered: 04/22/2014) |
| 05/08/2014 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 05/08/2014) |
| 05/08/2014 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) as to Charles Dehaan. (yxp, ) (Entered: 05/08/2014) |
| 05/08/2014 | 27 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 5/8/2014 and continued to 5/22/2014 at 11:00 AM. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 5/8/2014 to 5/22/2014 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 05/08/2014) |
| 05/20/2014 | 🔒 28 | (Court only) UNREDACTED (SEALED) SUPERSEDING INDICTMENT as to defendant Charles Dehaan. (jp, ) (Entered: 05/21/2014) |
| 05/20/2014 | 29 | SUPERSEDING INDICTMENT as to Charles Dehaan (1) count(s) 1s-23s. (jp, ) (Entered: 05/21/2014) |

Case: 3:14-cr-50005 Document #: 145 Filed: 05/12/17 Page 18 of 31 PageID #:866

| 05/20/2014 | 30 | DESIGNATION Sheet: FELONY (Category III). (jp, ) (Entered: 05/21/2014) |
|---|---|---|
| 05/20/2014 | 31 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan: The Grand Jury for the March 2013 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE IAIN D. JOHNSTON. Arraignment set for Thursday, 5/22/2014 at 11:00 a.m. (jp, ) (Entered: 05/21/2014) |
| 05/20/2014 | 34 | APPLICATION by United States of America and Affidavit for search warrants as to Charles Dehaan. (jp, ) (Entered: 05/23/2014) |
| 05/20/2014 | 35 | WARRANT to Seize Property Subject to Forfeiture, account ending in 5645 issued. (jp, ) (Entered: 05/23/2014) |
| 05/20/2014 | 36 | WARRANT to Seize Property Subject to Forfeiture, account ending in 6313 issued. (jp, ) (Entered: 05/23/2014) |
| 05/21/2014 | 32 | MOTION by Charles Dehaan to leave the jurisdiction (Schafer, Debra) (Entered: 05/21/2014) |
| 05/22/2014 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 05/22/2014) |
| 05/22/2014 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) as to Charles Dehaan. (yxp, ) (Entered: 05/22/2014) |
| 05/22/2014 | 33 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Arraignment and Status hearing held on 5/22/2014. Defendant waives reading of superseding indictment and enters a plea of not guilty as to all counts. Defendant advised of his rights. Defendant to remain on bond under current conditions of release. Defendant's motion to leave the jurisdiction 32 is granted as to Charles Dehaan (1). Defendant is allowed to travel to Michigan from 5/23 to 5/26. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 5/22/2014 to 7/22/2014 is granted as to Charles Dehaan (1). Status hearing set for 7/22/2014 at 11:00 AM. (X-T) (yxp, ) (Entered: 05/22/2014) |
| 06/18/2014 | 37 | PRETRIAL Status Report as to Charles Dehaan (SEALED) (Fegre, Traci) (Entered: 06/18/2014) |
| 06/30/2014 | 38 | MOTION by Charles Dehaan to leave the jurisdiction (Schafer, Debra) (Entered: 06/30/2014) |
| 07/02/2014 | 39 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): The defendant's motion to leave the jurisdiction 38 is granted. The defendant is allowed to travel with his wife to visit his mother from 7/9/2014 through 7/12/2014. The defendant is to provide his itinerary in advance to pretrial services. All other conditions remain unchanged. Status hearing remains set for 7/22/2014 at 11:00AM. (yxp, ) (Entered: 07/02/2014) |
| 07/22/2014 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 07/22/2014) |

| | | |
|---|---|---|
| 07/22/2014 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) from 7/22/2014 to 8/26/2014 as to Charles Dehaan. (yxp, ) (Entered: 07/22/2014) |
| 07/22/2014 | 40 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 7/22/2014 and continued to a status hearing set for 8/26/2014 at 11:00 AM. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 7/22/2014 to 8/26/2014 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 07/22/2014) |
| 07/31/2014 | 🔒 41 | Seize Property Subject to Forfeiture WARRANT returned executed as to Charles Dehaan on 05/20/2014 (yxp, ) (Entered: 08/13/2014) |
| 07/31/2014 | 🔒 42 | Seize Property Subject to Forfeiture WARRANT returned executed as to Charles Dehaan on 5/20/2014 (yxp, ) (Entered: 08/13/2014) |
| 08/26/2014 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 08/26/2014) |
| 08/26/2014 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) as to Charles Dehaan. (yxp, ) (Entered: 08/26/2014) |
| 08/26/2014 | 43 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 8/26/2014 and continued to a status hearing set for 9/30/2014 at 11:00 AM. Mike Love appears on behalf of Scott Paccagnini for Government. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 8/26/2014 to 9/30/2014 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 08/26/2014) |
| 09/30/2014 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 09/30/2014) |
| 09/30/2014 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) from 9/30/2014 to 11/6/2014 as to Charles Dehaan. (yxp, ) (Entered: 09/30/2014) |
| 09/30/2014 | 44 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 9/30/2014 and continued to a status hearing set for 11/6/2014 at 11:00 AM. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 9/30/2014 to 11/6/2014 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 09/30/2014) |
| 11/06/2014 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 11/07/2014) |
| 11/06/2014 | | (Oral) MOTION by Charles Dehaan to modify conditions of release to allow defendant to travel to Michigan from 11/22/2014 to 11/24/2014. (yxp, ) (Entered: 11/07/2014) |
| 11/06/2014 | | (Oral) MOTION by USA to exclude time from 11/6/2014 to 12/11/2014 pursuant to 18USC3161(h)(7) as to Charles Dehaan. (yxp, ) (Entered: 11/07/2014) |

| 11/06/2014 | 45 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 11/6/2014 and continued to a status hearing set for 12/11/2014 at 11:00 AM. Defendant's oral motion to modify conditions of release is granted as to Charles Dehaan (1). Defendant is allowed to travel to Michigan from 11/22/2014 to 11/24/2014. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 11/6/2014 to 11/24/2014 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 11/07/2014) |
| 12/11/2014 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 12/12/2014) |
| 12/11/2014 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) from 12/11/2014 to 1/20/2015 as to Charles Dehaan. (yxp, ) (Entered: 12/12/2014) |
| 12/11/2014 | 46 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 12/11/2014 and continued to a status hearing set for 1/20/2015 at 11:00 AM. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 12/11/2014 to 1/20/2015 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 12/12/2014) |
| 01/20/2015 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 01/21/2015) |
| 01/20/2015 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) from 1/20/2015 to 2/26/2015 as to Charles Dehaan. (yxp, ) (Entered: 01/21/2015) |
| 01/20/2015 | 47 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 1/20/2015 and continued to a status hearing set for 2/26/2015 at 11:00 AM. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 1/20/2015 to 2/26/2015 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 01/21/2015) |
| 02/26/2015 | 48 | MOTION by Charles Dehaan to leave the jurisdiction (Schafer, Debra) (Entered: 02/26/2015) |
| 02/26/2015 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 02/26/2015) |
| 02/26/2015 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) from 2/26/2015 to 3/31/2015 as to Charles Dehaan. (yxp, ) (Entered: 02/26/2015) |
| 02/26/2015 | 49 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 2/26/2015 and continued to a status hearing set for 3/31/2015 at 11:00 AM. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 2/26/2015 to 3/31/2015 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 02/26/2015) |

| 02/27/2015 | 50 | MINUTE entry before the Honorable Iain D. Johnston: Defendant's motion to modify the conditions of his release 48 is unopposed and granted as to Charles Dehaan. This Court grants Pretrial Services the discretion to allow the defendant to travel to Michigan. (yxp, ) (Entered: 02/27/2015) |
| --- | --- | --- |
| 03/31/2015 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 04/01/2015) |
| 03/31/2015 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) from 3/31/2015 to 5/12/2015 as to Charles Dehaan. (yxp, ) (Entered: 04/01/2015) |
| 03/31/2015 | 51 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 3/31/2015 and continued to a status hearing set for 5/12/2015 at 11:00 AM. Attorney James Hursh appears on behalf of Debra Schafer as attorney for the defendant. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 3/31/2015 to 5/12/2015 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 04/01/2015) |
| 04/17/2015 | 52 | PRETRIAL Status Report as to Charles Dehaan (SEALED) (Fegre, Traci) (Entered: 04/17/2015) |
| 05/12/2015 | 53 | MOTION by Charles Dehaan for leave to *grant discretion to pretrial services to permit movement while on house arrest* (Schafer, Debra) (Entered: 05/12/2015) |
| 05/12/2015 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 05/13/2015) |
| 05/12/2015 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(1)(D) from 5/12/2015 to 5/19/2015 as to Charles Dehaan. (yxp, ) (Entered: 05/13/2015) |
| 05/12/2015 | 54 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 5/12/2015. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 5/12/2015 to 5/19/2015 is granted as to Charles Dehaan (1). Status and motion hearing set for 5/19/2015 at 11:00 AM. (X-E) (yxp, ) (Entered: 05/13/2015) |
| 05/19/2015 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 05/20/2015) |
| 05/19/2015 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) from 5/19/2015 to 6/23/2015 as to Charles Dehaan. (yxp, ) (Entered: 05/20/2015) |
| 05/19/2015 | 55 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status and motion hearing held on 5/19/2015. Defendant's motion for leave 53 is granted in part and denied in part as to Charles Dehaan (1) as follows: Travel to Michigan will be determined when motions to travel are filed. Defendant is allowed 4 hours per week for outdoor maintenance of his property. Visit to Chicago is denied without prejudice. Haircuts will be |

| | | |
|---|---|---|
| | | allowed as determined by Pretrial Services. Defendant's oral motion for extension of time is granted. Government's oral motion to exclude time from 5/19/2015 to 6/23/2015 is granted. Status hearing set for 6/23/2015 at 11:00 AM. (X-T) (yxp, ) (Entered: 05/20/2015) |
| 06/23/2015 | | (Oral) MOTION by Charles Dehaan (1) for extension of time to file pretrial motions. (yxp, ) (Entered: 06/23/2015) |
| 06/23/2015 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) from 6/23/2015 to 7/23/2015 as to Charles Dehaan (1). (yxp, ) (Entered: 06/23/2015) |
| 06/23/2015 | 56 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 6/23/2015 and continued to a status hearing set for 7/23/2015 at 11:00 AM. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 6/23/2015 to 7/23/2015 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 06/23/2015) |
| 07/10/2015 | 57 | MOTION by Charles Dehaan to leave the jurisdiction (Schafer, Debra) (Entered: 07/10/2015) |
| 07/10/2015 | 58 | NOTICE of Motion by Debra D. Schafer for presentment of motion to leave the jurisdiction 57 before Honorable Iain D. Johnston on 7/16/2015 at 11:00 AM. (Schafer, Debra) (Entered: 07/10/2015) |
| 07/15/2015 | 59 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Defendant's motion for leave 57 is granted. The conditions of defendant's release are modified as follows: Defendant is allowed to travel to Michigan with his wife, Mary Dehaan, to visit his mother from 7/30/2015 through 8/2/2015. Additionally, in the event defendant's mother should pass away, defendant is allowed to travel to Michigan with his wife to assist his family and attend the visitation and funeral. The length of his visit and the information needed prior to traveling is left to the discretion of Pretrial Services. The presentment of the motion for leave set for 7/16/2015 is stricken and no appearance is required on that date. Status hearing remains set for 7/23/2015 at 11:00 AM, and defendant's physical appearance is excused from that hearing. (yxp, ) (Entered: 07/15/2015) |
| 07/23/2015 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 07/23/2015) |
| 07/23/2015 | | (Oral) MOTION by USA to exclude time pursuant to 18USC3161(h)(7) from 7/23/2015 to 8/25/2015 as to Charles Dehaan. (yxp, ) (Entered: 07/23/2015) |
| 07/23/2015 | 60 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 7/23/2015 and continued to a status hearing set for 8/25/2015 at 11:00 AM. Defendant Dehaan's physical appearance was previously excused for this hearing and was not present. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 7/23/2015 to 8/25/2015 is |

Case: 3:14-cr-50005 Document #: 145 Filed: 05/12/17 Page 23 of 31 PageID #:871

| | | |
|---|---|---|
| | | granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 07/23/2015) |
| 08/25/2015 | | ORAL MOTION by Charles Dehaan for extension of time to file pretrial motions. (ngm, ) (Entered: 08/26/2015) |
| 08/25/2015 | | ORAL MOTION by USA to exclude the time from 8/25/2015 to and including 10/22/2015 pursuant to 18 U.S.C. 3161 (h)(7) as to Charles Dehaan. (ngm, ) (Entered: 08/26/2015) |
| 08/25/2015 | 61 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 8/25/2015. Defendant present with retained counsel, Debra D. Shafer. Defense counsel's oral motion for extension of time to file pretrial motions is granted. Government's oral motion to exclude the time from 8/25/2015 to and including 10/22/2015, pursuant to the ends of justice provision of 18 U.S.C. 3161 (h)(7), is granted. Defendant does not object. Status hearing set for 10/22/2015 at 11:00 AM. Mailed notice (ngm, ) (Entered: 08/26/2015) |
| 10/22/2015 | | (Oral) MOTION by Charles Dehaan (1) for extension of time to file pretrial motions. (yxp, ) (Entered: 10/22/2015) |
| 10/22/2015 | | (Oral) MOTION by USA to exclude time from 10/22/2015 to 12/10/2015 pursuant to 18USC3161(h)(7) as to Charles Dehaan (1). (yxp, ) (Entered: 10/22/2015) |
| 10/22/2015 | 62 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 10/22/2015 and continued to a status hearing set for 12/10/2015 at 11:00 AM. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 10/22/2015 to 12/10/2015 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 10/22/2015) |
| 12/10/2015 | 63 | MOTION by Charles Dehaan to leave the jurisdiction (Schafer, Debra) (Entered: 12/10/2015) |
| 12/10/2015 | | (Oral) MOTION by Charles Dehaan for extension of time to file pretrial motions. (yxp, ) (Entered: 12/11/2015) |
| 12/10/2015 | | (Oral) MOTION by USA to exclude time from 12/10/2015 to 1/21/2016 pursuant to 18USC3161(h)(7) as to Charles Dehaan. (yxp, ) (Entered: 12/11/2015) |
| 12/10/2015 | 64 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 12/10/2015 and continued to a status hearing set for 1/21/2016 at 11:00 AM. Defendant's oral motion for extension of time is granted as to Charle Dehaan (1). Government's oral motion to exclude is granted as to Charles Dehaan (1). After further Court review, the defendant's motion to leave the jurisdiction 63 is also granted as to Charles Dehaan (1). Defendant is allowed to spend Christmas day in Rockford IL and travel to Michigan for 3 days in January 2016. (X-T) (yxp, ) (Entered: 12/11/2015) |

| 01/21/2016 | | (Oral) MOTION by Charles Dehaan (1) for extension of time to file pretrial motions. (yxp, ) (Entered: 01/21/2016) |
|---|---|---|
| 01/21/2016 | | (Oral) MOTION by USA to exclude time from 1/21/2016 to 2/5/2016 pursuant to 18USC3161(h)(7) as to Charles Dehaan (1). (yxp, ) (Entered: 01/21/2016) |
| 01/21/2016 | 65 | MINUTE entry before the Honorable Iain D. Johnston as to Charles Dehaan (1): Status hearing held on 1/21/2016. This case is transferred from Judge Johnston to Judge Kapala for the purpose of a status hearing. Status hearing set for 2/5/2016 at 9:00 AM before Judge Kapala. Defendant's oral motion for extension of time is granted as to Charles Dehaan (1). Government's oral motion to exclude time from 1/21/2016 to 2/5/2016 is granted as to Charles Dehaan (1). (X-T) (yxp, ) (Entered: 01/21/2016) |
| 02/05/2016 | 66 | EXECUTIVE COMMITTEE ORDER as to Charles Dehaan: Case reassigned to the Honorable Frederick J. Kapala. Honorable Philip G. Reinhard no longer assigned to the case. (ngm, ) (Entered: 02/05/2016) |
| 02/05/2016 | 67 | ORDER as to Charles Dehaan: Status hearing held. 4-Week Jury Trial set for 8:45 a.m. on June 6, 2016. Final Pretrial conference set for 2:30 p.m. on May 25, 2016. United States' oral motion to exclude time period from February 5, 2016, through and including June 6, 2016, pursuant to 18 USC 3161(h)(7)[X-T] is granted. The clerical error contained in docket entry 45 is corrected in that the government's oral motion excluded the time period from November 6, 2014 to December 11, 2014 (not to November 24, 2014). Motions in limine, additional voir dire questions, 404(b) notice, expert witness notice, and any Santiago proffer due May 11, 2016. Any FRE 609 motion in limine shall reference the type, date, and jurisdiction of the relevant conviction(s). Responses to motions in limine and governments proposed jury instructions due May 18, 2016. Potential witness list with cities of residence, list of those to be seated at counsel table, agreed statement of case, and defendants additional proposed jury instructions due May 25, 2016. Exhibit lists due the morning of trial. Signed by the Honorable Frederick J. Kapala on 2/5/2016. Mailed notice (jp, ) (Entered: 02/07/2016) |
| 02/07/2016 | | ORAL MOTION by USA to exclude the time period from February 5, 2016, through and including June 6, 2016, pursuant to 18 USC 3161(h)(7)[X-T] as to Charles Dehaan (jp, ) (Entered: 02/07/2016) |
| 03/03/2016 | 68 | MOTION by USAfor early return of trial subpoenas as to Charles Dehaan (Attachments: # 1 Text of Proposed Order)(Paccagnini, Scott) (Entered: 03/03/2016) |
| 03/04/2016 | 69 | MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan:United States' agreed motion for early return of subpoenas 68 is granted. Electronic notice (sb, ) (Entered: 03/04/2016) |
| 03/04/2016 | 70 | ORDER allowing for early return of subpoenas as to Charles Dehaan Signed by the Honorable Frederick J. Kapala on 3/4/16.Electronic notice (sb, ) (Entered: 03/04/2016) |

| 04/13/2016 | 71 | MOTION by USAfor a trial deposition as to Charles Dehaan (Paccagnini, Scott) (Entered: 04/13/2016) |
|---|---|---|
| 04/13/2016 | 72 | NOTICE of Motion by Scott Robert Paccagnini for presentment of motion for miscellaneous relief 71 before Honorable Frederick J. Kapala on 4/15/2016 at 09:00 AM. (Paccagnini, Scott) (Entered: 04/13/2016) |
| 04/14/2016 | 73 | ATTORNEY Designation for USA of Talia M. Bucci (Bucci, Talia) (Entered: 04/14/2016) |
| 04/15/2016 | 74 | MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan: United States' motion for a trial deposition 71 presented. Hearing on the motion 71 set for April 21, 2016 at 11:00 a.m. Electronic notice (sb, ) (Entered: 04/15/2016) |
| 04/21/2016 | 75 | MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan: Motion hearing held. United States' unopposed motion for a trial deposition 71 is granted. Electronic notice (sb, ) (Entered: 04/21/2016) |
| 05/11/2016 | 76 | PROPOSED Voir Dire by USA as to Charles Dehaan (Paccagnini, Scott) (Entered: 05/11/2016) |
| 05/11/2016 | 77 | MOTION by USA in limine as to Charles Dehaan (Attachments: # 1 Exhibit) (Paccagnini, Scott) (Entered: 05/11/2016) |
| 05/11/2016 | 78 | NOTICE of by USA as to Charles Dehaan *404(b) Evidence* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit)(Paccagnini, Scott) (Entered: 05/11/2016) |
| 05/11/2016 | 79 | MOTION by USA in limine as to Charles Dehaan (Paccagnini, Scott) (Entered: 05/11/2016) |
| 05/11/2016 | 80 | MOTION by USA in limine as to Charles Dehaan (Paccagnini, Scott) (Entered: 05/11/2016) |
| 05/11/2016 | 81 | PROPOSED Voir Dire by Charles Dehaan (Schafer, Debra) (Entered: 05/11/2016) |
| 05/11/2016 | 82 | Motion in limine by Charles Dehaan (Schafer, Debra) (Entered: 05/11/2016) |
| 05/11/2016 | 83 | expert witness disclosure by Charles Dehaan (Schafer, Debra) (Entered: 05/11/2016) |
| 05/13/2016 | 84 | ORDER as to Charles Dehaan : Upon review of the government's Notice of Rule 404(b) Evidence, the court finds it appropriate to disclose that in 1998 I was appointed by the Rockford Rotary Charitable Association, an Illinois not-for-profit corporation which is a Section 503(c)(3) public charity, as a director of Anderson Gardens, an Illinois not-for-profit corporation which is a Section 503(c)(3) public charity, and I have served continuously since my appointment. John R. Anderson who is being called as a witness in this matter serves as a director and is secretary of Anderson Gardens. I do not believe that this relationship requires me to disqualify myself from this matter under 28 |

| | | |
|---|---|---|
| | | U.S.C. § 455(a) or § 455(b)(5)(iv). Mr. Anderson is expected to testify to various loans he made to defendant, as president of MD at Home, and on which he defaulted. These loans were not made by the not-forprofit entity for which we both serve as directors. I have had contact with Mr. Anderson only as fellow director and by a few chance encounters in the community. I can assure the parties that this relationship will not influence any decisions I will make in this matter, and that I will not discuss the case with Mr. Anderson. Before proceeding further, however, the court will consider any written objection filed by the parties contending that my "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Any such objection should be filed within 7 days of this order. The failure to file an objection will be deemed a waiver of any possible conflict of interest. Signed by the Honorable Frederick J. Kapala on 5/13/2016. Mailed notice (jp, ) (Entered: 05/13/2016) |
| 05/18/2016 | 85 | RESPONSE by USA to miscellaneous other 82 (Paccagnini, Scott) (Entered: 05/18/2016) |
| 05/18/2016 | 86 | PROPOSED Jury Instructions by USA as to Charles Dehaan (Paccagnini, Scott) (Entered: 05/18/2016) |
| 05/18/2016 | 87 | Deft response to Notice of 404b evidence by Charles Dehaan (Schafer, Debra) (Entered: 05/18/2016) |
| 05/18/2016 | 88 | Deft response to Consolidated motion in limine regarding evidentiary matters by Charles Dehaan (Schafer, Debra) (Entered: 05/18/2016) |
| 05/18/2016 | 89 | Deft response to motion in limine regarding witnesses' prior convictions under Rule 609 by Charles Dehaan (Schafer, Debra) (Entered: 05/18/2016) |
| 05/18/2016 | 90 | Deft response to motion in limine reagarding convictions by Charles Dehaan (Schafer, Debra) (Entered: 05/18/2016) |
| 05/18/2016 | 91 | Deft response to suggested voir dire by Charles Dehaan (Schafer, Debra) (Entered: 05/18/2016) |
| 05/19/2016 | 92 | ORDER as to Charles Dehaan: At the request of the parties, this case is set for change of plea at 10:30 a.m. on 5/20/2016. Signed by the Honorable Frederick J. Kapala on 5/19/16.mailed notice (pg, ) (Entered: 05/20/2016) |
| 05/20/2016 | 93 | PLEA Agreement as to Charles Dehaan (pg, ) (Entered: 05/23/2016) |
| 05/20/2016 | 94 | ORDER as to Charles Dehaan : Change of plea hearing held. Defendant enters a plea of guilty to Count 9 & 21 of the superseding indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Bifurcated sentencing hearing set for 9:30 a.m. on September 21, 2016. In accordance with the Statement below, any objection to the presentence investigation report and/or any sentencing memorandum due by September 7, 2016, and any response by the opposing side due September 14, 2016. Defendant's bond to stand. Final pretrial conference set for May 25, 2016, and jury trial set for June 6, 2016, are canceled. [See STATEMENT] Signed by the Honorable Frederick J. Kapala on 5/20/2016. Mailed notice (jp, ) (Entered: 05/23/2016) |

| 06/01/2016 | 95 | MOTION by Charles Dehaan to leave the jurisdiction (Schafer, Debra) (Entered: 06/01/2016) |
|---|---|---|
| 06/06/2016 | 96 | ORDER as to Charles Dehaan : Defendant's unopposed motion to modify the conditions of his pretrial release 95 is granted. Defendant's conditions of release are modified to provide that he be allowed to travel with his third-party custodian to Grand Rapids, Michigan from June 10 through June 14, 2016. Signed by the Honorable Frederick J. Kapala on 6/6/2016. Mailed notice (jp, ) (Entered: 06/06/2016) |
| 08/17/2016 | 97 | PRESENTENCE Investigation Report as to Charles Dehaan (SEALED) (Attachments: # 1 Supplement Plea Agreement, # 2 Supplement Superseding Indictment)(Schmitz, Susan) (Entered: 08/17/2016) |
| 08/17/2016 | 🔒 98 | (Court only) SENTENCING Recommendation as to Charles Dehaan (SEALED) (Schmitz, Susan) (Entered: 08/17/2016) |
| 09/07/2016 | 99 | SENTENCING MEMORANDUM as to Charles Dehaan (Paccagnini, Scott) (Entered: 09/07/2016) |
| 09/14/2016 | 100 | MOTION *to File Defendant's Sentencing Memorandum as to Loss and Objections to Presentence Report Instanter* (Schafer, Debra) (Entered: 09/14/2016) |
| 09/14/2016 | 101 | OBJECTION to Presentence Investigation Report by Charles Dehaan (Schafer, Debra) (Entered: 09/14/2016) |
| 09/14/2016 | 102 | by Charles Dehaan *Defendant's Sentencing Memorandum as to Loss* (Schafer, Debra) (Entered: 09/14/2016) |
| 09/14/2016 | 103 | OBJECTION to Presentence Investigation Report by Charles Dehaan (Schafer, Debra) (Entered: 09/14/2016) |
| 09/14/2016 | 104 | SENTENCING MEMORANDUM as to Charles Dehaan (Schafer, Debra) (Entered: 09/14/2016) |
| 09/15/2016 | 105 | ORDER as to Charles Dehaan : Defendant's motion to file his sentencing memorandum and objections to the presentence investigation report instanter 100 is granted. Government's response to be filed by noon on September 20, 2016. Signed by the Honorable Frederick J. Kapala on 9/15/16.mailed notice (pg, ) (Entered: 09/15/2016) |
| 09/16/2016 | 106 | CHARACTER Reference Letters as to Charles Dehaan (SEALED) (Schmitz, Susan) (Entered: 09/16/2016) |
| 09/19/2016 | 107 | Joint Submission on Conditions of Supervised Release by USA as to Charles Dehaan (Paccagnini, Scott) (Entered: 09/19/2016) |
| 09/20/2016 | 108 | RESPONSE by USA to objection to presentence investigation report 103 , objection to presentence investigation report 101 (Paccagnini, Scott) (Entered: 09/20/2016) |

| | | |
|---|---|---|
| 09/21/2016 | 109 | MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan: Sentencing hearing held and continued to 10/12/2016 at 9:00 a.m. Mailed notice (sb, ) (Entered: 09/23/2016) |
| 10/12/2016 | 110 | MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan: Sentencing hearing held. Government's post-hearing brief due December 5, 2016. Defendant's post-hearing brief due December 30, 2016. Reply due January 6, 2017. Defendant's counsel to contact the court as to the method of presentation of any additional evidence. Mailed notice (sb, ) (Entered: 10/13/2016) |
| 10/13/2016 | | On 10/13/2016 the Clerk audited this case file and discovered that Attorney Christopher A DeRango is not receiving electronic notice. The Clerk modified CM/ECF to provide notice to the attorney. The record indicates you are counsel of record in this case. If you are no longer representing this client, you must file a notice of withdraw from this case pursuant to LR 83.17. (rp, ) (Entered: 10/13/2016) |
| 10/20/2016 | 111 | EXHIBIT List by USA as to Charles Dehaan (Paccagnini, Scott) (Entered: 10/20/2016) |
| 12/01/2016 | 112 | PRESENTENCE Investigation Report (Supplemental) as to Charles Dehaan (SEALED) (Schmitz, Susan) (Entered: 12/01/2016) |
| 12/05/2016 | 113 | MOTION by USAto file brief in excess of 15 pages as to Charles Dehaan (Paccagnini, Scott) (Entered: 12/05/2016) |
| 12/05/2016 | 114 | Brief by USA as to Charles Dehaan (Paccagnini, Scott) (Entered: 12/05/2016) |
| 12/06/2016 | 115 | MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan: Agreed motion for leave to file excess pages 113 is granted. Electronic notice (sb, ) (Entered: 12/06/2016) |
| 12/21/2016 | 116 | MOTION by Charles Dehaan to modify *Motion to Allow Movement* (Schafer, Debra) (Entered: 12/21/2016) |
| 01/27/2017 | 117 | MOTION by Charles Dehaan for leave to *File Brief on or Before February 6, 2017* (Schafer, Debra) (Entered: 01/27/2017) |
| 01/30/2017 | 118 | ORDER as to Charles Dehaan : Defendant's motion for leave to file 117 is granted. Defendant's post-hearing brief due February 6, 2017. Government's reply due February 13, 2017. Signed by the Honorable Frederick J. Kapala on 1/30/2017. Mailed notice (jp, ) (Entered: 01/30/2017) |
| 02/07/2017 | 119 | Brief by Charles Dehaan *Defendant's Post Hearing Brief* (Schafer, Debra) (Entered: 02/07/2017) |
| 02/07/2017 | 120 | MOTION by Charles Dehaan for leave to *File Brief instanter and to exceed 15 pages* (Schafer, Debra) (Entered: 02/07/2017) |
| 02/08/2017 | 121 | MINUTE entry before the Honorable Frederick J. Kapala:Motion for leave to file brief instanter and excess pages 120 is granted as to Charles Dehaan. Electronic notice (sb, ) (Entered: 02/08/2017) |

| | | | |
|---|---|---|---|
| 02/13/2017 | | 122 | REPLY by USA to brief 119 (Paccagnini, Scott) (Entered: 02/13/2017) |
| 03/02/2017 | 🔒 | 123 | (Court only) PRETRIAL Violation Report as to Charles Dehaan (SEALED) (jw, ) (Entered: 03/02/2017) |
| 03/06/2017 | | 124 | MOTION by USApermitting the pretrial services officer to release certain documents as to Charles Dehaan *(Agreed)* (Attachments: # 1 Text of Proposed Order)(Paccagnini, Scott) (Entered: 03/06/2017) |
| 03/06/2017 | | 125 | ORDER as to Charles Dehaan: Agreed motion for entry of an order permitting the pretrial services officer to release certain documents 124 is granted. The pretrial services officer is permitted to provide to the government and defendant's counsel copies of all time sheet logs referenced in the pretrial services officer's March 2, 2017 violation report. Signed by the Honorable Frederick J. Kapala on 3/6/17. Mailed notice (kms) (Entered: 03/06/2017) |
| 03/08/2017 | | 126 | MOTION by USArevocation of release order as to Charles Dehaan (Paccagnini, Scott) (Entered: 03/08/2017) |
| 03/08/2017 | | 127 | NOTICE of Motion by Scott Robert Paccagnini for presentment of motion for miscellaneous relief 126 before Honorable Frederick J. Kapala on 3/9/2017 at 09:30 AM. (Paccagnini, Scott) (Entered: 03/08/2017) |
| 03/09/2017 | | 128 | MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan: United States' motion for revocation of release order 126 presented. Hearing on motion set for 3/20/2017 at 2:30 p.m. Mailed notice (sb, ) (Entered: 03/09/2017) |
| 03/20/2017 | | 129 | MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan: Evidentiary hearing held. For the reasons stated in open court, United States' motion to revoke release order 126 is granted. Defendant's release is revoked and he is remanded to the custody of the U.S. Marshal. Electronic notice (sb, ) (Entered: 03/20/2017) |
| 04/03/2017 | | 130 | OBJECTION by Charles Dehaan to sentencing, 110 *Defendant's Objections to and argument concerning Exhibit 81E* (Schafer, Debra) (Entered: 04/03/2017) |
| 04/04/2017 | | 131 | NOTICE of as toCharles Dehaan regarding objection 130 (Schafer, Debra) (Entered: 04/04/2017) |
| 04/05/2017 | | 132 | RESPONSE by USA to objection 130 (Paccagnini, Scott) (Entered: 04/05/2017) |
| 04/06/2017 | | 133 | MINUTE entry before the Honorable Frederick J. Kapala as to Charles Dehaan: This case is removed from the April 7, 2017 court call. The court will rule on defendant's objections based upon the parties' submissions. Electronic notice (sb, ) (Entered: 04/06/2017) |
| 04/06/2017 | | 134 | ORDER as to Charles Dehaan : Enter order on the parties' objections to the presentence investigation report. The remainder of the sentencing hearing is set for April 27, 2017 at 9:30 a.m. [See STATEMENT] Signed by the Honorable Frederick J. Kapala on 4/6/2017. Mailed notice (jp, ) (Entered: 04/06/2017) |

| 04/07/2017 | 135 | ORDER as to Charles Dehaan: Any sentencing memorandum addressing the § 3553(a) factors to be filed by April 14, 2017, and any response to be filed by April 19, 2017. Signed by the Honorable Frederick J. Kapala on 04/07/2017. Mailed notice (kms) (Entered: 04/07/2017) |
|---|---|---|
| 04/14/2017 | 136 | MOTION by USA for an above-Guidelines range sentence as to Charles Dehaan (Paccagnini, Scott) (Entered: 04/14/2017) |
| 04/17/2017 | 137 | PRESENTENCE Investigation Report (Supplemental) as to Charles Dehaan (SEALED) (Schmitz, Susan) (Entered: 04/17/2017) |
| 04/17/2017 | 🔒 138 | (Court only) SENTENCING Recommendation (Revised) as to Charles Dehaan (SEALED) (Schmitz, Susan) (Entered: 04/17/2017) |
| 04/19/2017 | 139 | RESPONSE by Charles Dehaan regarding MOTION by USA for an above-Guidelines range sentence as to Charles Dehaan 136 (Schafer, Debra) (Entered: 04/19/2017) |
| 04/27/2017 | 140 | MINUTE entry before the Honorable Frederick J. Kapala as to Charles DeHaan: Sentencing hearing held. United States' motion for an above-guidelines range sentence 136 is denied. Judgment in a Criminal Case to enter. Mailed notice (sb, ) (Entered: 05/10/2017) |
| 04/27/2017 | 🔒 | (Court only) ***Procedural Interval start Counts 9s and 21s moved to P6, all remaining counts moved to P9 as to Charles DeHaan. (kms) (Entered: 05/11/2017) |
| 05/11/2017 | 141 | JUDGMENT (Sentencing Order) as to Charles Dehaan (1): Counts 9s & 21s, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 108 Months on Counts 9s & 21s of the superseding indictment to be served concurrently with each other but consecutive to any state court sentences imposed as a result of the pending criminal offenses against the defendant in state court. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years on Counts 9s & 21s to be served concurrently. Mandatory, Discretionary, and Special Conditions of supervised release. Criminal Monetary Penalties. The defendant must make restitution in the amount of $2,787,051.58. Schedule of Payments. All remaining counts and the forfeiture allegation are dismissed on the motion of the United States. (Terminated defendant Charles Dehaan). Signed by the Honorable Frederick J. Kapala on 5/11/2017. Mailed notice (kms) (Entered: 05/11/2017) |
| 05/11/2017 | 142 | STATEMENT of Reasons as to Charles Dehaan (SEALED). (kms) (Entered: 05/11/2017) |
| 05/11/2017 | | JUDGMENT and Commitment as to Charles Dehaan issued to U.S. Marshal via email. (kms) (Entered: 05/11/2017) |
| 05/11/2017 | 143 | NOTICE OF APPEAL by Charles Dehaan regarding judgment, js-3 closing information, terminated defendant,,,,,,,,,,,,,,,, 141 Filing fee $ 505, receipt number 0752-13167581 (Schafer, Debra) (Entered: 05/11/2017) |

| 05/11/2017 | 144 | NOTICE OF APPEAL by Charles Dehaan regarding judgment, js-3 closing information, terminated defendant,,,,,,,,,,,,,,,, 141 Filing fee $ 505, receipt number 0752-13167942 (Schafer, Debra) (Entered: 05/11/2017) |