# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 12, 2017

**To:**     Thomas G. Bruton
            Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 17-2005 |
| |
| Caption: |
| UNITED STATES OF AMERICA, |
| Plaintiff - Appellee |
| |
| v. |
| |
| CHARLES DEHAAN, |
| Defendant - Appellant |
| District Court No: 3:14-cr-50005-1 |
| District Judge Frederick J. Kapala |
| Clerk/Agency Rep Thomas G. Bruton |
| |
| Date NOA filed in District Court: 05/11/2017 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)