# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 27, 2017

*By the Court:*

| No. 17-2005 | UNITED STATES OF AMERICA, Plaintiff - Appellee  v.  CHARLES DEHAAN, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:14-cr-50005-1  Northern District of Illinois, Western Division  District Judge Frederick J. Kapala ||

The following are before the court:

1. **MOTION OF CHARLES DEHAAN TO EXTEND TIME**, filed on September 18, 2017, by counsel for the appellant.

2. **UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**, filed on September 26, 2017, by attorney Ruth F. Master.

**IT IS ORDERED** that the motions are **GRANTED**. Attorney Debra Schafer is granted leave to withdraw, and attorney Ruth F. Masters is granted leave to substitute as counsel of record on behalf of the appellant. Briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by October 27, 2017.

2. The brief of the appellee is due by November 27, 2017.

3. The reply brief of the appellant, if any, is due by December 11, 2017.

No. 17-2005 Page 2

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)