IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 14 cr 50005 |
| CHARLES DEHAAN, | ) |
| | ) Hon. Frederick J. Kapala |
| | ) |
| Defendant. | ) |

**AGREED MOTION TO SUPPLEMENT RECORD ON APPEAL
AND TO FILE CERTAIN OF THOSE EXHIBITS UNDER SEAL**

Defendant Charles Dehaan, by and through his attorney, SCHAFER, DERANGO & CAIN, LLP, moves to supplement the record on appeal and seal certain of those documents. In support thereof, Dehaan states as follows:

1. On February May 11, 2017, the defendant timely filed his notice of appeal. That appeal was docketed as No. 17-2005 in the Seventh Circuit Court of Appeals, and the record was duly assembled.

2. Some exhibits that were admitted into evidence at the sentencing hearing, and are cited in the order regarding sentencing, R. 134, are omitted from the record and should be included for purposes of disposition of the appeal. A few other exhibits are also germane to the appeal and are missing from the record.

3. In accordance with the Federal Rules of Appellate Procedure and Circuit Rules for the Seventh Circuit, defendant seeks to complete the record by supplementing the record with the following documents:

    6C    (Face to face encounter note)

    6D    (Home health certification and plan of care)

    52    (Medicare Claims Processing Manual)

    53    (Medicare Benefit Policy Manual)

    81B    (Govt. Exhibit CPT Billing Code Comparison 1/1/2012-12/13/2013)

    81 C    (Govt. Exhibit CD "Universe of Claims")

    81E    (Govt. Exhibit CPT Billing Code Comparison 1/1/2009-12/13/2013)

    94A    (Patients for Whom Dehaan Billed Medicare For Certifying But Never Billed for Any Other Services)

    94B    (Home Health Payments for Patients Whom Dehaan Billed Medicare for Certifying but no Other Services)

    94C    (Home Health Payments for Patients Whom Dehaan Billed Medicare for Certifying but no Other Services)

4. Of those exhibits, defendant requests that the following exhibits be added to the record under seal:

    6C

    6D

      81C

5. Exhibits 6C and 6D are one patient's medical records while Exhibit 81C is a "Universe of Claims" spreadsheet containing medical treatment histories and diagnoses for defendant's patients from January 2009-January 2014. These exhibits contain information that qualifies as "protected health information" under HIPAA.

6. Each of these exhibits, however, was relied upon in their unredacted forms and cited to by the court in its sentencing order. R. 134. The court relied upon that same information for purposes of certain sentencing enhancements.

7. For these reasons, defendant believes that it is inappropriate to redact such information and alter the state of exhibits 6C, 6D, 81C, and requests they be filed under seal.

8. Furthermore, Exhibit 81C is on a compact disk. With the filing of the actual disk, counsel will include the password to access the information. After the conclusion of the case, defendant requests that the court contact his trial counsel Debra D. Schafer to arrange return of the CD.

9. Defendant calls to the court's attention that Exhibits 94A, 94B, and 94C contain billing information for patients that Dehaan never treated and do not contain any diagnostic information. The court deemed these records to be evidence of fraudulent billing. Accordingly, defendant has redacted the Health Identification numbers but no other information.

Defendant calls these Exhibits to the court's attention in the event the court believes any further action is warranted for these Exhibits.

    WHEREFORE, the defendant respectfully requests that this court issues an order directing the clerk to supplement the record on appeal with exhibits 6C, 6D, and 81C under seal and exhibits 52, 53, 81B, 81E, 94A, 94B, and 94C in the regular manner. Defendant further requests any other relief the court deems appropriate.

Dated: October 10, 2017

                              Respectfully submitted,
                              CHARLES DEHAAN

                              /s/ Debra D. Schafer
                              Debra D. Schafer
                              Schafer, DeRango, & Cain, LLP
                              321 West State Street, Ste 700
                              Rockford, IL 61101

## CERTIFICATE OF SERVICE

      The foregoing Agreed Motion to Supplement the Record on Appeal and File Certain of Those Exhibits Under Seal has been electronically filed on October 12, 2017. I certify that I have caused the foregoing Agreed Motion to Supplement the Record on Appeal and File Certain of Those Exhibits Under Seal to be served on all counsel of record via CM/ECF electronic notice on October 12, 2017. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                    By:     <u>s/ Debra D. Schafer</u>
                            **DEBRA D. SCHAFER,** Attorney