IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 14 cr 50005 |
| CHARLES DEHAAN, | ) |
| | ) Hon. Frederick J. Kapala |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

To: Scott Robert Paccagnini
United States Attorney's Office
327 South Church Street
Rockford, IL 61101

PLEASE TAKE NOTICE that on Friday, October 20, 2017 at 9:00 a.m.., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Judge Frederick J. Kapala , in the courtroom usually occupied by him in the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, IL 61101, and then and there present Agreed Motion to Supplement the Record on Appeal and Seal Certain Exhibits, a true and correct copy of which is being served upon you.

Respectfully submitted,

## CERTIFICATE OF SERVICE

  The foregoing Notice of Motion has been electronically filed on October 18, 2017. I certify that I have caused the foregoing Notice of Motion to be served on all counsel of record via CM/ECF electronic notice on October 18, 2017. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

       By: s/ Debra D. Schafer
          **DEBRA D. SCHAFER,** Attorney