**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 14 CR 50005 |
| | ) | |
| Charles DeHaan, | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Defendant's motion [163] is stricken as duplicative. The parties' agreed motion to supplement the record on appeal and to file certain exhibits under seal [164] is granted. Once the long record is requested from the Court of Appeals, the clerk is directed to the supplement the record on appeal with exhibits 52, 53, 81B, 81E, 94A, 94B, and 94C, all of which are attached to the motion. The clerk is also directed to supplement the record on appeal at that time with exhibits 6C, 6D, and 81C, which shall be filed under seal after they have been provided to the clerk's office by counsel.

Date: 10/18/2017

ENTER:

_____

FREDERICK J. KAPALA

District Judge